ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209)544-0200
Fax: (209)544-1860

Attorney for Defendant
JAMES KIRKPATRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES KIRKPATRICK,<br><br>    Defendants. | No. 1:11-CR-00060-LJO<br><br>STIPULATION AND ORDER TO CONTINUE SURRENDER DATE |

Defendant, JAMES KIRKPATRICK, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, MICHELE L. THIELHORN, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Defendant's surrender date presently set for March 7, 2012 be continued for 60 days out.

2. The Bureau of Prisons has advised that they are currently unable to place Mr. Kirkpatrick due to his medical condition.

1

IT IS SO STIPULATED.

Dated: March 7, 2012						/s/ Robert L. Forkner
								ROBERT L. FORKNER
								Attorney for Defendant
								JAMES KIRKPATRICK

Dated: March 7, 2012						BENJAMIN B. WAGNER
								United States Attorney


							by: /s/ MICHELE L. THIELHORN
								Assistant United States
								Attorney


GOOD CAUSE APPEARING, it is hereby ordered that the March 7, 2012 Surrender Date be continued to May 7, 2012.


IT IS SO ORDERED.

Dated:  **March 8, 2012**					/s/ Lawrence J. O'Neill
								UNITED STATES DISTRICT JUDGE